# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**GOLDA M. HUMPHREY,**

       **Plaintiff,**

**-vs-**         Case No.  **6:06-cv-879-Orl-31DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

       **Defendant.**

_____

## ORDER

This cause comes before the Court on Motion for Leave to Proceed *In Forma* Pauperis (Doc. No. 2) filed June 23, 2006.

On June 29, 2006, the United States Magistrate Judge issued a report (Doc. No. 6) recommending that the motion be denied. No objections have been filed.  Therefore, it is

**ORDERED** as follows:

1. That the Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. That the Motion for Leave to Proceed *In Forma* Pauperis is **DENIED**.  Plaintiff is directed to pay the $350.00 filing fee within 11 days of the date of this order.  Failure to pay the filing fee will result in a dismissal of this case without further notice.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 18th day of July, 2006.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE