**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**GOLDA M. HUMPHREY,**

        **Plaintiff,**

**-vs-**                              **Case No.  6:06-cv-879-Orl-31DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**
_____

## ORDER

Upon consideration of the Report and Recommendation of Magistrate Judge Baker (Doc. 13), and no objections thereto having been filed, it is

**ORDERED** that the Report and Recommendation is CONFIRMED and ADOPTED.  This case is remanded to the Commissioner of Social Security in order to properly prepare the certified administrative record for submission to the Court within 90 days of this Order.

It is further **ORDERED** that the Commissioner shall file a status report by January 15, 2007.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 3, 2006.

Copies furnished to:

Counsel of Record
Unrepresented Party

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE