# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**GOLDA M. HUMPHREY,**

       **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:06-cv-879-Orl-DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

       **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **UNOPPOSED MOTION FOR ENTRY OF JUDGMENT WITH REMAND (Doc. No. 25)**
>
> **FILED:** April 27, 2007
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The decision of the Commissioner is hereby **REVERSED** under sentence four of 42 U.S.C. § 405(g) and this case is hereby **REMANDED** to the Commissioner of Social Security for the following reasons:

> To allow further development of the record. Upon remand, the administrative law judge will be directed in particular to further consider the opinions of treating physician Dr. Frank Alvarez concerning Plaintiff's functional limitations. The administrative law judge will re-evaluate Plaintiff's residual functional capacity and will afford Plaintiff the opportunity for a new hearing, with vocational expert testimony as to the effects of Plaintiff's exertional and non-exertional limitations on

her occupational base. The administrative law judge will take any other action as necessary to complete the record and issue a decision.

The Clerk of the Court is hereby directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** in Orlando, Florida on May 1, 2007.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record